```
                                          DOCUMENT
                                          ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT              DOC #: _____
SOUTHERN DISTRICT OF NEW YORK             DATE FILED: 8-8-08
------------------------------------X
DEBRA TAVERAS,                      :
                                    :     08  Civ. 6696 (VM)
                    Plaintiff,      :
                                    :
     - against -                    :     ORDER
                                    :
UBS AG et al.,                      :
                                    :
                    Defendants.     :
------------------------------------X
------------------------------------X
BRIAN LUDLUM,                       :
                                    :     08  Civ. 6868 (VM)
                    Plaintiff,      :
                                    :
     - against -                    :
                                    :
UBS AG et al.,                      :     ORDER
                                    :
                    Defendants.     :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

Upon review of the complaints and other papers filed with the Court in connection with the two cases captioned above, the Court noted that the complaints describe the same or substantially similar underlying events and operative facts, and assert claims arising out of the same or substantially similar actions against all or most of the same defendants and that the defendant s in all the cases are represented by the same counsel. Accordingly, it is hereby

**ORDERED** that the Clerk of Court is directed to consolidate the two cases captioned above for all purposes; and it is further

**ORDERED** that all filings in connection with the consolidated action be docketed against the remaining lower number case, 08 Civ. 6696; and its finally

**ORDERED** that the Clerk of Court close the referenced higher numbered case, 08 Civ. 6868, as a separate action and remove it from the Court's database of open cases.

**SO ORDERED.**

Dated:   NEW YORK, NEW YORK
         7 August 2008

                                    Victor Marrero
                                       U.S.D.J.