**DLS** **Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BRIAN LUDLUM, On Behalf of Himself And
All Others Similarly Situated,

           Plaintiff(s),

    -against-

UBS AG, PETER KURER, STEPHAN
HAERINGER, SERGIO MARCHIONNE,
ERNESTO BERTARELLI, GABRIELLE
KAUFMANN-KOHLER, ROLF A. MEYER,
HELMUT PANKE, DAVID SIDWELL, PETER
SPUHLER, PETER VOSER, LAWRENCE A.
WEINBACH, JOERG WOLLE, PETER A.
WUFFLI, CLIVE STANDISH, DAVID S.
MARTIN, EDWARD O'DOWD, BARBARA
AMONE, PER DYRVIK, THE RETIREMENT
BOARD AND SAVINGS PLAN
COMMITTEE, and JOHN DOE 1-10,

           Defendants.
-----------------------------------------------------------------X

Index No. 08 CV 6868

AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                  S.S.
COUNTY OF NEW YORK)

      **HECTOR FIGUEROA** , being duly sworn, deposes and says that he is over the age

of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this

action.

      That on the 14th day of August, 2008, at approximately the time of 1:00pm,

deponent served a true copy of the SUMMONS IN A CIVIL ACTION AND CLASS ACTION

COMPLAINT FOR VIOLATIONS OF THE EMPLOYEE RETIREMENT INCOME

SECURITY ACT ("ERISA") upon BARBARA AMONE at 299 Park Avenue, New York, NY

by personally delivering and leaving the same with the Contract Attorney, NELSON DE LA

CRUZ, a person of suitable age and discretion at that address, the actual place of business.  At

the time of service, deponent asked if Barbara Amone is in active military service for the

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com

**DLS**  **Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

United States of America or for the State in any capacity whatever or dependent upon a person

in active military service and received a negative reply.

Nelson De La Cruz is a tan male (Hispanic), approximately 35 years of age, stands

approximately 5 feet 10 inches tall, weighs approximately 230 pounds with dark hair and

brown eyes.

HECTOR FIGUEROA #870141

Sworn to before me this
20th day of August, 2008

NOTARY PUBLIC

JONATHAN T. RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2012

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com